**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| THOMAS C. GENTLE, IV,            )<br>                                  )<br>          Plaintiff,             )<br>     v.                          )<br>                                  )<br>MICHAEL J. ASTRUE,                )<br>Commissioner, Social Security    )<br>Administration,                  )<br>                                  )<br>          Defendant.             )<br>_____) | No. EDCV 07-1332 CW<br><br>JUDGMENT |

   **IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.


DATED: October 9, 2008


                              _____/S/_____
                                   CARLA M. WOEHRLE
                              United States Magistrate Judge